Arthur NAZZARO, Appellant,

v.

Martin WEINER and Texstyle Dyeing & Printing Corp., a Corporation of the State of New York, Cross-Appellants.

Nos. 15174, 15175.

United States Court of Appeals Third Circuit.

Argued Oct. 18, 1965.

Decided Nov. 3, 1965.

Donald A. Robinson, Newark, N. J. (Shanley & Fisher, Attorneys for Plaintiff-Appellant and Cross-Appellee, Newark, N. J., David S. Cramp, Newark, N. J., on the brief), for Appellant in 15174 and for Appellee in 15175.

Leonard I. Garth, Paterson, N. J. (Cole, Berman & Garth, Attorneys for Defendants-Appellees and Cross-Appellants, Paterson, N. J. on the brief), for Appellants in 15175 and for Appellee in 15174.

Before McLAUGHLIN, FORMAN and GANEY, Circuit Judges.

PER CURIAM.

In these appeals the allowance of voluntary nonsuits to the parties and of costs to the defendants was clearly within the trial court's discretion.

The orders of the district court will be affirmed on the opinion of Judge Wortendyke, 38 F.R.D. 430.

Leon KIRSCHNER and Henry Naftulin, Individually and as Co-Partners, Trading as K-N Enterprises, Appellants,

v.

WEST COMPANY.

No. 15254.

United States Court of Appeals Third Circuit.

Argued Sept. 17, 1965.

Decided Nov. 10, 1965.

Harry R. Kozart and Milton H. Weissman, Philadelphia, Pa., Weissman & Kozart, Philadelphia, Pa., for appellants.

Theodore Voorhees, Philadelphia, Pa., Dechert, Price & Rhoads, Philadelphia, Pa., for appellee.

Before BIGGS, Chief Judge, and MARIS and KALODNER, Circuit Judges.

PER CURIAM.

We have examined the record in this case and have considered the arguments of the parties. We can perceive no error in the decision of the court below and consequently it will be affirmed upon the opinion of Judge Luongo, 247 F.Supp. 550 (E.D.Pa.1965).